452 A.2d 1088

Commonwealth v. Johnson, Appellant.

Submitted September 20, 1982. Jeffery M. Cook, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

452 A.2d 1088

Commonwealth v. Lockey, Appellant.

Petition for Allowance of Appeal Denied March 28, 1983.

Argued February 22, 1982. Joseph W. Bullen, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.